

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMN
F.#2004R01800

*271 Cadman Plaza*
*Brooklyn, New York 11201*

October 5, 2012

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: United States v. Gabriel Herrera, et al.
            Criminal Docket No. 04-749 (JG)

Dear Judge Gleeson:

      Pursuant to the Court's order of September 28, 2012, the government respectfully submits this letter, after conferring with defense counsel, attaching redacted versions of the government's prior letter and the transcript from the September 28, 2012, hearing.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

              By:   /s/
                    Walter M. Norkin
                    Assistant U.S. Attorney
                    (718) 254-6152

cc:

Joseph Rosenbaum, Esq. (Via email and ECF)
Alessandra DeBlasio, Esq. (Via email and ECF)